# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CASE NUMBER 6:24-CR-00063-JDK |
| v. § | |
| § | |
| § | |
| JUAN PULIDO JR. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of this action, has been presented for consideration. Neither party has objected to the Report and Recommendation and the time frame for doing so has passed.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation as the findings and conclusions of this Court and **ORDERS** that Defendant Juan Pulido Jr. be sentenced to twelve months and one day imprisonment with two years' supervised release to follow. The Court recommends to the Bureau of Prisons that the place of confinement be FCI Butner, North Carolina, if available. The Court further recommends drug treatment.

So **ORDERED** and **SIGNED** this **25th** day of **October, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE